UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel.* SHANAY COLEMAN, and | : | |
| SHANAY COLEMAN, individually, | : | CIVIL NO. 3:05CV1207(SRU) |
| | : | |
| *Plaintiffs,* | : | **FILED UNDER SEAL** |
| | : | **PURSUANT TO 31 U.S.C. §3730(b)(2)** |
| v. | : | |
| | : | |
| GIGLIA M. HERNANDEZ, | : | MAY 31, 2006 |
| | : | |
| *Defendant.* | : | |

### GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, undersigned counsel for the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all future pleadings and submissions filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the Government's counsel. The United States

reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the Government requests that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this notice.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT 06103
(860) 947-1101
FEDERAL BAR No. ct00986
william.collier@usdoj.gov

OF COUNSEL:

Alice A. Peterson, Esq.
U.S. Department of Housing and
   Urban Development
10 Causeway Street
Boston, MA 02222

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served by first-class mail, this 31st day of May, 2006, on:

Frederic S. Brody, Esq.
Connecticut Legal Services, Inc.
20 Summer Street
Stamford, CT 06901
(*Counsel for the Relator*)

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the defendant since this case is still under seal.

$$\overline{\phantom{WILLIAM A. COLLIER}}$$

WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel.* SHANAY COLEMAN, and | : | |
| SHANAY COLEMAN, individually, | : | CIVIL NO. 3:05CV1207(SRU) |
| | : | |
| *Plaintiffs,* | : | **FILED UNDER SEAL** |
| | : | **PURSUANT TO 31 U.S.C. §3730(b)(2)** |
| v. | : | |
| | : | |
| GIGLIA M. HERNANDEZ, | : | |
| | : | |
| *Defendant.* | : | |

## <u>ORDER</u>

The United States having declined to intervene in this action pursuant to the False Claims

Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1.  The Complaint be unsealed and served upon the defendant by the relator;

2.  All other contents of the Court's file in this action remain under seal and not be made

public or served upon the defendant, except for this Order and the Government's Notice of Election

to Decline Intervention, which the relator will serve upon the defendant only after service of the

Complaint;

3.  The seal be lifted as to all other matters occurring in this action after the date of this

Order;

4.  The parties shall serve all pleadings and motions filed in this action, including supporting

memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States

may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any

time;

6.  All orders of this Court shall be sent to the United States; and

6.  Should the relator or the defendant propose that this action be dismissed, settled, or

otherwise discontinued, the Court will solicit the written consent of the United States before ruling

or granting its approval.

SO ORDERED this _____ day of _____, 2006, in Bridgeport, Connecticut.


_____
HONORABLE STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE