UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* SHANAY COLEMAN, and ) <br> ) <br> SHANAY COLEMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GIGLIA M. HERNANDEZ, ) <br> ) <br> Defendant ) | No.: 3:05 CV 1207 - SRU <br><br> MOTION FOR ENTRY OF DEFAULT <br> OF GIGLIA M. HERNANDEZ <br><br><br> December 28, 2006 |

### TO CLERK OF THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

The United States of America *ex rel.* Shanay Coleman and Shanay Coleman request the Clerk of this Court to enter a default of Giglia M. Hernandez, defendant, for failure to plead or otherwise defend in a timely manner, as prescribed by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the attached Affidavit of Frederic S. Brody which shows:

1. Giglia M. Hernandez was served with the Summons and Complaint on July 10, 2006.

2. The Proof of Service filed with this Court on September 28, 2006 establishes that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure. A copy of the Process Receipt and Return/Notice of Service is attached to the Affidavit of Frederic S. Brody as Exhibit A.

3. Giglia M. Hernandez has failed to plead or otherwise respond to the Complaint.

4. The applicable time limit for responding has expired.

5. Giglia M. Hernandez is not a infant nor an incompetent person.

CONNECTICUT LEGAL SERVICES INC.

by _____
Frederic S. Brody, Federal Bar No. 15510
Attorney for Plaintiff Shanay Coleman
20 Summer Street
Stamford, Connecticut 06901
Telephone:       (203)348-9216
Facsimile:        (203)348-2589
Email:   rbrody@connlegalservices.org

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* SHANAY COLEMAN, and<br><br>SHANAY COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>GIGLIA M. HERNANDEZ,<br><br>    Defendant | No.: 3:05 CV 1207 - SRU<br><br>AFFIDAVIT OF FREDERIC S. BRODY<br><br>December 28, 2006 |

State of Connecticut:
                 : ss. Stamford
County of Fairfield :

Frederic S. Brody, being duly sworn, deposes and says:

1. My name is Frederic S. Brody.

2. I am over 18 years of age. My business address is 20 Summer Street, Stamford, Connecticut. I am fully competent to make this affidavit and I have personal knowledge of the facts state in this affidavit.

3. I am the attorney for the plaintiff in this action.

4. On June 28, 2006, I delivered the Summons and Complaint in this action to the Office of the Clerk of this Court at Bridgeport, Connecticut for service by the United States Marshals Service. The United States Marshals Service properly served the Summons and Complaint on Giglia M. Hernandez on July 10, 2006 under the provisions of Rule 4 of the Federal Rules of Civil Procedure and certified that fact to this Court a Process Receipt and Return/Notice of Service dated July 10, 2006, a copy of which is attached to this Affidavit as Exhibit A.

5. Giglia M. Hernandez has failed to serve and file an Answer or otherwise respond to the Complaint.

6. Under Rule 12(a) of the Federal Rules of Civil Procedure, the time limit for responding to the Complaint has now expired, and the time for Giglia M. Hernandez has not bee extended by any stipulation of the parties or any order of the Court.

7. Giglia M. Hernandez is not an infant or an incompetent person. I have spoken with Giglia M. Hernandez within the past three months. She is an adult and appears to be capable of managing her own affairs.

8. Giglia M. Hernandez is not in the military service.

Signed by me on the 28th day of December 2006.

Frederic S. Brody
Attorney for Plaintiff Shanay Coleman

Subscribed and sworn to before me, the undersigned officer, on the 28th day of December 2006.

Ana Romero
Notary Public
My Commission Expires: 6/30/07

2

# EXHIBIT A

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form."

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America ... | 3:05CV1207-SRU |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Gigia M. Hernandez | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Gigia M. Hernandez

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 102 Frederick Street, Stamford, Connecticut 06902

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Frederick S. Brody, Esq.
Connecticut Legal Services, Inc.
20 Summer Street
Stamford, Connecticut 06901

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (203) 348-9216
DATE: 6/23/06

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): DENISE PADILLA, Paralegal

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): 1081 Hope St, Stamford CT

Date of Service: 7/10/06    Time: 12:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED       **3. NOTICE OF SERVICE**       FORM USM-285 (Rev. 12/15/80)