UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* SHANAY COLEMAN, and ) | |
| ) | Civil Action No.: 3:05 CV 1207 - SRU |
| SHANAY COLEMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| GIGLIA M. HERNANDEZ, ) | April 4, 2007 |
| ) | |
| Defendant ) | |

### AFFIDAVIT OF LEGAL SERVICES RENDERED

State of Connecticut:
: ss. Bridgeport
County of Fairfield :

I, Richard L. Tenenbaum, being duly sworn, depose and say:

1. I am an attorney and the director of the Housing Task Force with Connecticut Legal Services, Inc. I have been assigned by Connecticut Legal Services, Inc. to represent the plaintiff Shanay Coleman in the above entitled matter.

2. In Benavides v. Benavides, 11 Conn. App. 150, 526 A. 2d 536, the Connecticut Appellate Court held that a legal services program was entitled to be paid the same rate as any other attorney.

3. I have been practicing law with Connecticut Legal Services for over for over thirty years. I have supervised the Connecticut Legal Services' housing attorneys for over seventeen years.

4. I have inquired of other area attorneys of comparable experience what hourly rate they would charge for similar work, and I ascertained that $400 per hour is the prevailing rate.

5. My hours reported includes time spent in conference and correspondence with co-counsel and my supervising attorneys. The affidavit claims the time of one attorney only.

6. As an attorney who represented the defendant in this matter, I attach a specific breakdown of my hours worked.

Richard L. Tenenbaum
Attorney for Plaintiff Shanay Coleman

Subscribed and sworn to before me, the undersigned officer, on the 4th day of April, 2007.

Commissioner of the Superior Court

United States of America, *ex rel.* Shanay Coleman and Shanay Coleman v. Giglia M. Hernandez

Legal services provided by Attorney Richard L. Tenenbaum

| Date | Service Rendered | Time |
|---|---|---|
| 1/19/05 | E-mail correspondence, telephone R, Brody | .40 |
| 1/19/05 | Legal research on causes of action | .60 |
| 1/20/05 | Memorandum to R. Brody re legal research | .40 |
| 2/3/05 | Conversation w/ R, Brody | .20 |
| 2/7/05 | Telephone calls with R. Brody, M. Farbman re permission to proceed | .30 |
| 2/7/05 | E-mail R. Brody | .10 |
| 2/8/05 | Telephone calls with R. Brody | .20 |
| 2/9/05 | E-mail R. Brody | .20 |
| 3/5/05 | E-mail A.L. Blanchard, R. Brody | .40 |
| 3/8/05 | Telephone call with R. Brody | .20 |
| 3/23/05 | Telephone call and e-mail to E. Brooks | .30 |
| 3/25/05 | Legal research, pleadings | .30 |
| 3/25/05 | Telephone call with A. Blanchard | .10 |
| 3/25/05 | E-mail to R. Brody | .10 |
| 5/6/05 | Telephone call with R. Brody | .20 |
| 5/9/05 | E-mail to R. Brody | .20 |
| 5/11/05 | Legal research, pleadings | .90 |
| 5/11/05 | Fax legal materials to R. Brody, E. Brooks | .40 |
| 6/2/05 | E-mail to R. Brody | .10 |

3

| | | |
|---|---|---|
| 6/14/05 | E-mail, R. Brody, A. L. Blanchard | .30 |
| 6/15/05 | Review draft complaint | .40 |
| 7/8/05 | Telephone call with A. L. Blanchard | .10 |
| 7/8/05 | E-mail, R. Brody, A. L. Blanchard | .20 |
| 7/13/05 | Review and revise complaint | 1.70 |
| 7/13/05 | E-mail, R. Brody, A. L. Blanchard | .20 |
| 7/14/05 | E-mail, R. Brody, A. L. Blanchard | .10 |
| 7/15/05 | Review complaint | .40 |
| 7/18/05 | E-mail, R. Brody, A. L. Blanchard | .30 |
| 7/19/05 | Review complaint | .20 |
| 7/21/05 | E-mail, R. Brody, D. Witkin | .20 |
| 7/25/05 | Review complaint | .20 |
| 8/9/05 | E-mail, D. Witkin, S. Eppler-Epstein | .10 |
| 8/9/05 | Telephone call with R. Brody | .10 |
| 8/15/05 | E-mail, S. Eppler-Epstein | .10 |
| 6/2/06 | E-mail, R. Brody | .30 |
| 6/9/06 | E-mail re unsealing of file | .20 |
| 6/25/06 | File appearance | .20 |
| 6/30/06 | E-mail re file | .10 |
| 12/27/06 | Telephone call with R. Brody re default | .20 |
| 12/28/06 | E-mail re file | .10 |
| 12/28/06 | File motion for default | .30 |
| 12/29/06 | E-mail re filing | .20 |

4

| Date | Description | Hours |
|---|---|---|
| 1/10/07 | E-mail, R. Brody, A. L. Blanchard | .30 |
| 1/11/07 | E-mail, R. Brody, A. L. Blanchard | .30 |
| 1/17/07 | CR, RD e-mail, review and edit Affidavit of Debt | .50 |
| 1/18/07 | E-mail, R. Brody, A. L. Blanchard | .10 |
| 1/18/07 | E-mail, R. Brody, A. L. Blanchard | .10 |
| 1/24/07 | E-mail re file | .10 |
| 3/23/07 | Telephone w/ R. Brody | .20 |
| 3/29/07 | Review Affidavit re Attorney's Fees, time records | .30 |
| 4/3/07 | Review time records | .20 |
| 4/4/07 | Prepare Affidavit of Legal Services Rendered | 1.10 |

15.0 hours @ $400 per hour   $6,000.00

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached AFFIDAVIT OF LEGAL SERVICES RENDERED, was sent by first-class U.S. mail in a properly Addressed envelope with first class postage duly paid before 5:00 p.m. on April 5, 2007 or hand delivered on April 5, 2007 to :

    William A. Collier    (via U.S. mail)
    Assistant U.S. Attorney
    Abraham A. Ribocoff Federal Building
    450 Main Street, Room 328
    Hartford, CT 06103

    Giglia M. Hernandez    (via U.S. mail)
    61 Calle Tapia, Apt. 18
    San Juan, Puerto Rico 00911

    Attorney Rick Brody    (via U.S. mail)
    Connecticut Legal Services, Inc.
    20 Summer Street
    Stamford, CT 06901

    Attorney Richard Tenenbaum    (Hand delivered)
    Connecticut Legal Services, Inc.
    211 State Street
    Bridgeport, CT 06604

_Catherine L. Williams_
Catherine L. Williams
Federal Bar No. ct02059
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604
Tel: (203) 336-3851
Fax: 203 333-4976
Cwilliams@connlegalservices.org