UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* SHANAY COLEMAN, and | ) | |
| | ) | Civil Action No : 3:05 CV 1207 - SRU |
| SHANAY COLEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GIGLIA M. HERNANDEZ, | ) | April 6, 2007 |
| | ) | |
| Defendant | ) | |

AFFIDAVIT OF LEGAL SERVICES RENDERED

State of Connecticut:
                     : ss. Stamford
County of Fairfield  :

        Frederic S. Brody, being duly sworn, deposes and says:

        1. I am a staff attorney with Connecticut Legal Services, Inc. I have been assigned by

Connecticut Legal Services, Inc. to represent the plaintiff Shanay Coleman in the above entitled

matter.

        2. The award of attorney's fees does not discriminate between attorneys in private

practice and nonprofit legal services organizations. A court in the exercising it powers to award

attorney's fees should consider the factors appropriate to the case at hand, it should not take into

consideration of the status of the attorney whether it be private counsel or non-profit legal

services organization. <u>Benavides v. Benavides,</u> 11 Conn. App. 150, 526 A. 2d 536. The factors

in determining reasonableness of attorney's fees include the time and labor spent by the

attorneys, the novelty and complexity of the legal issues, fees customarily charged in the same

locality for similar services, the lawyer's experience and ability, relevant time limitations, the magnitude of the case and the results obtained, the nature and length of the lawyer-client relationship, and whether the fee is fixed or contingent. Rodriguez v. Ancona, 88 Conn. App. 193, 202-3, 868 A.2d 807 (2005).

3. I have been practicing law for over for over twenty seven years. I have been full time staff attorney at Connecticut Legal Services for the past five plus years and a part time, contract attorney during the prior five years. I was in private practice for eighteen years prior to joining Connecticut Legal Services. During my tenure at Connecticut Legal Services, I have handled over 925 cases, including in approximately 700 summary process cases, prosecuting unlawful entry and detainer cases, housing discrimination cases, this and one other qui tam case, plus dissolution and custody cases.

4. I have inquired of other area attorneys of comparable experience what hourly rate they would charge for similar work, and I ascertained that $350 per hour is the prevailing rate. Annexed hereto and made part hereof are the affidavits of Attorney Donald B. Sherer, Appendix 1, and Attorney Mark A. Sank, Appendix 2, attesting that the reasonable value of legal services for an attorney with my skill and experience in Stamford, Connecticut is $350 per hour.

5. As the attorney handling this matter for the defendant, I attach a specific breakdown of my time spent, including an estimate for time I anticipate spending for the April 9, 2007 telephonic hearing on plaintiff's Motion for Entry of Default Judgment.

Signed by me on the 2nd day of April 2007.

_____
Frederic S. Brody
Attorney for Plaintiff Shanay Coleman

Subscribed and sworn to before me, the undersigned officer, on the 6th day of April 2007.

Cecily Ziegler
Commissioner of the Superior Court
of the State of Connecticut

United States of America, *ex rel.* Shanay Coleman and Shanay Coleman v. Giglia M. Hernandez

Legal services provided by Attorney Frederic S. Brody

| Date | Services Rendered | Time |
|------|-------------------|------|
| 1/11/05 | Conference with Shanay Coleman | 1.00 |
| 2/8/05 | Draft and mail demand letter to Giglia M. Hernandez | 1.00 |
| 3/28/05 | Telephone call from Attorney Gerald M. Fox, III, on behalf of Giglia M. Hernandez; calculate settlement offer | .25 |
| 4/4/05 | Telephone call with Attorney Fox | .25 |
| 4/12/05 | Telephone call with Attorney Fox | .05 |
| 4/13/05 | Review voice mail from Attorney Fox; telephone call with Attorney Fox | .10 |
| 4/14/05 | Telephone call to Attorney Fox | .05 |
| 4/22/05 | Telephone call with Attorney Fox | .25 |
| 5/19/05 | Reviewed written offer of settlement from Attorney Abram Heisler on behalf of Giglia M. Hernandez with Shanay Coleman | .25 |
| 5/20/05 | Letter to Attorney Heisler rejecting settlement and return settlement check | .25 |
| 6/14/05 | Draft Complaint, Cover Sheet, etc., and Motion to Proceed In Forma Paupers | 5.00 |
| 6/14/05 | Revise Draft Complaint, etc. | 1.00 |
| 7/8/05 | Revise Draft Complaint | .50 |
| 7/12/05 | Revise Draft Complaint | .75 |
| 7/14/05 | Revise Draft Complaint | .75 |
| 7/20/05 | Revise Draft Complaint | .75 |
| 7/29/05 | Revise Draft Complaint | .75 |

4

| Date | Description | Hours |
|---|---|---|
| 8/2/05 | File Complaint, Cover Sheet and Motion to Proceed In Forma Paupers with Clerk of Court Bridgeport, CT and mail copy with cover letter to United States Attorney General, Washington, D.C. | 3.00 |
| 8/3/05 | Schedule and delivery in hand by CLS staff attorney of copy of Complaint to U.S. Attorney's Office, New Haven, CT | 1.00 |
| 4/28/06 | Conference with Asst. US Attorney William Collier, Jordan Strauss and Shanay Coleman | 2.00 |
| 6/14/06 | Letter to Shanay Coleman | .25 |
| 9/28/06 | Review voice mail from defendant Giglia Hernandez, telephone call and follow up letter to Giglia Hernandez | .50 |
| 11/17/06 | Review e-mail from Attorney Mendez on behalf of Giglia Hernandez | .15 |
| 11/27/06 | Telephone call to Attorney Mendez | .25 |
| 12/28/06 | Draft and file Motion for Entry of Default | 1.00 |
| 1/3/07 | Draft Motion for Default Judgment Affidavit of Debt, And Memorandum of Law | 3.00 |
| 1/4/07 | Revise Motion for Default Judgment, Affidavit of Debt, And Memorandum of Law | 2.00 |
| 1/8/07 | Revise Motion for Default Judgment, Affidavit of Debt, And Memorandum of Law | 1.00 |
| 1/10/07 | Revise Motion for Default Judgment, Affidavit of Debt, And Memorandum of Law | 2.00 |
| 1/17/07 | Revise Motion for Default Judgment, Affidavit of Debt, And Memorandum of Law | 2.00 |
| 1/19/07 | Revise Motion for Default Judgment, Affidavit of Debt, And Memorandum of Law | 3.00 |

34.10 hours @ $350 per hour                              $11,935.00

| | | |
|---|---|---|
| 4/9/07 | Prepare for and participate in telephonic hearing on Motion for Default Judgment (estimate) | |
| | 3.00 hours @ $350 per hour | <u>$ 1,050.00</u> |
| | | $12,985.00 |

# APPENDIX 1

**AFFIDAVIT**

STATE OF CONNECTICUT:

                  : ss. Stamford

COUNTY OF FAIRFIELD :

      Donald B. Sherer, being duly sworn, deposes and says:

      1. I am over 18 years of age. My business address is 111 Prospect Street, Stamford, Connecticut. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

      2. I am an attorney at law, am admitted to practice before the courts of the State of Connecticut and the United States District Court for the District of Connecticut, and have been practicing law in Stamford, Connecticut for 30 years.

      3. I am familiar with the hourly rates charged by attorneys practicing in Stamford, Connecticut.

      4. I have known Frederic S. Brody in his capacity as a practicing attorney for over 18 years, and as such am familiar with is his skills and experiences as an attorney.

      5. The reasonable hourly rate for an attorney of Attorney Brody's skill and experience in this geographical area is $350 per hour.

                                 DONALD B. SHERER

      Subscribed and sworn to before me, the undersigned officer on the 19th day of January, 2007.

                                   Commissioner of the Superior Court
                                   E. Arthur Morin, Jr.

# APPENDIX 2

**AFFIDAVIT**

STATE OF CONNECTICUT :
                              : ss. Stamford
COUNTY OF FAIRFIELD      :

Mark A. Sank, being duly sworn, deposes and says:

1. I am over 18 years of age. My business address is 666 Glenbrook Road, Stamford, Connecticut. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

2. I am an attorney at law, admitted to practice before the courts of the State of Connecticut, the State of New York, the United States District Court for the District of Connecticut, and the United States Supreme Court. I have been practicing law in Stamford, Connecticut for 22 years.

3. I am familiar with the hourly rates charged by attorneys practicing in Stamford, Connecticut.

4. I have known Frederic S. Brody in his capacity as a practicing attorney for over 10 years and as such am familiar with his skills and experience as an attorney.

5. The reasonable hourly rate for an attorney of Attorney Brody's skill and experience in this geographical area is $350 per hour.

MARK A. SANK

Subscribed and sworn to before me, the undersigned officer on the 1 day of February, 2007.

PATRICIA M. TEITELBAUM
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR. 31, 2011

MARK SANK & ASSOCIATES, LLC
ATTORNEYS AT LAW
666 Glenbrook Road • Stamford, CT 06906 • Tel: (203) 967-1190 • Juris No. 421741

CERTIFICATE OF SERIVCE

I certify that a true and correct copy of the above Affidavit of Legal Services was sent by

first-class U.S. Mail in a properly addressed envelope with first class postage duly paid before

2:00 p.m. on April 6 19, 2007 to

Giglia M. Hernandez by service at her last known address, which is:

61 Calle Tapia, Apt. 18
San Juan, Puerto Rico 00911

William A. Collier
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, Connecticut 06103

CONNECTICUT LEGAL SERVICES, INC.

By _____
Frederic S. Brody, Federal Bar No. 15510
Attorney for Plaintiffs The United States of America *ex rel* Shanay Coleman and Shanay Coleman
20 Summer Street
Stamford, Connecticut 06901
Telephone:       (203)348-9216
Facsimile:       (203)348-2589
Email:   rbrody@connlegalservices.org

7