UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHANAY COLEMAN,<br>    Plaintiff,<br><br>v.<br><br>GIGLIA M. HERNANDEZ,<br>    Defendant. | Case No.<br>3:05cv1207 (SRU) |

## CONFERENCE MEMORANDUM

On April 9, 2007, I held a phone conference on the record with Frederic Brody, representing the plaintiff, and William Collier and Jordan Strauss, representing the government. The purpose of the conference was to discuss the plaintiff's motion for default judgment. Because this is a motion for default judgment, the defendant did not participate in the conference.

I questioned the calculation of the amount of the default judgment to be entered. The plaintiff and the government assert that the amount of the false claim is $1530, which should then be multiplied by six false claims, and then subject to treble damages. I indicated, however, that based upon the papers, it appears that the government would have paid all of defendant's monthly claim except for the $60 that the defendant was wrongly charging the plaintiff. The proper starting point for calculating treble damages would be $60 per month, the amount the government, in effect, overpaid. In other words, if the government had all of the information at its disposal that it now knows, it would have paid the defendant the amount of the monthly claim ($1530), minus the $60 the defendant was charging the plaintiff, for a total of $1470.

The government and plaintiff's counsel suggested that the government would not have paid the claim at all, if it knew that the defendant was wrongfully charging the plaintiff $60, but counsel also acknowledged that the starting point for calculating treble damages seemed high

considering the facts of this case.  Counsel requested an opportunity to brief this subject, and I granted that request.  Counsel should submit their briefs by **April 30, 2007**.  The briefs should address the appropriate starting point for calculating treble damages only.

Dated at Bridgeport, Connecticut, this 10th day of April 2007.

      /s/ Stefan R. Underhill
      Stefan R. Underhill
      United States District Judge