UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* SHANAY COLEMAN, and<br><br>SHANAY COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>GIGLIA M. HERNANDEZ,<br><br>Defendant | )<br>)<br>)<br>) No.: 3:05 CV 1207 - SRU<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) April 30, 2007<br>)<br>) |

### RELATOR'S RESPONSE TO GOVERNMENT'S SUPPLEMENTARY STATEMENT OF INTEREST DATED APRIL 27, 2007

The relator, Shanay Coleman, adopts as her own the positions of the United States as set forth in its filing entitled Government's Supplementary Statement of Interest dated April 27, 2007.

Respectfully submitted,

CONNECTICUT LEGAL SERVICES, INC.

BY _____
Richard L. Tenenbaum, Federal Bar No. ct16681
Attorney for Plaintiff Shanay Coleman
211 State Street
Bridgeport, Connecticut 06604
Telephone:     (203)336-3851
Facsimile:     (203)333-4976
Email:   rtenenbaum@connlegalservices.org

## **CERTIFICATE OF SERVICE**

      THIS IS TO CERTIFY that on April 30, 2007, a copy of the foregoing was sent via first class mail, postage prepaid, to:

William A. Collier
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, Connecticut 06103

Giglia M. Hernandez
61 Calle Tapia, Apt. 18
San Juan, Puerto Rico 00911

                                        Richard L. Tenenbaum, Federal Bar No. ct16681