UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
 *ex rel.* SHANAY COLEMAN and
SHANAY COLEMAN

      v.                                                        3:05CV1207 SRU

GIGLIA M. HERNANDEZ

## DEFAULT JUDGMENT

       This action came on for consideration before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiffs' request for judgment on default pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On December 29, 2006, a default entered against the defendant Giglia M. Hernandez. The plaintiffs filed a motion for default judgment and on May 24, 2007, plaintiffs' request for entry of judgment on default was granted in the total amount of $48,795.00.

       Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff Shanay Coleman against the defendant Giglia M. Hernandez in the amount of $24,939.00 plus interest from the date of judgment, and in favor of the United States of America against the defendant Giglia M. Hernandez in the amount of $23,856.00 plus interest from the date of judgment.

       Dated at Bridgeport, Connecticut, this 31st day of May, 2007.

                                                     KEVIN F. ROWE, Clerk

                                                     By /s/ Barbara Sbalbi
                                                              Deputy Clerk

Entered on Docket _____